**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENERGIZER BRANDS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LUMINTOP TECHNOLOGY CO., LTD., a California Corporation; SHENZHEN LEIMINGYU OPTOELECTRONICS CO., LTD., a Chinese Corporation; and HE YONGQING,<br><br>Defendants. | Case No. 2:19-cv-04360-AB-AS<br><br>[PROPOSED] **JUDGMENT ENTERING PERMANENT INJUNCTION, AND AWARDING ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT LUMINTOP TECHNOLOGY CO. LTD** |

On September 19, 2019, Energizer filed a motion for default judgment against Defendant Lumintop Technology Co., LTD. ("Lumintop") (Dkt. No. 32), and on November 1, 2019, the Court held a hearing on that motion. (*See* Dkt. No. 34). On November 7, 2019, the Court issued an Order Granting Energizer's Motion for Default Judgment. (Dkt. No. 35). Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. Judgment is entered against Defendant Lumintop as to Count 1 (federal trademark infringement under 15 U.S.C. §1114(1) of Plaintiff's Complaint);

2. Defendant Lumintop and its agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Lumintop, are hereby **PERMANENTLY ENJOINED** from:

    a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling any goods featuring the Lumintop Bunny as defined in the Complaint in this action;

    b. using any trademark, logo, design, or source designation of any kind on or in connection with Lumintop's goods, including but not limited to the Lumintop Bunny, that is a copy, reproduction, colorable imitation, or simulation, or confusingly similar to the Energizer Bunny Mark;

    c. using any trademark, logo, design, or source designation of any kind on or in connection with Lumintop's goods, including but not limited to the Lumintop Bunny, that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by Energizer, are sponsored or authorized by Energizer, or are in any way connected or related to Energizer;

    d. using any trademark, logo, design, or source designation of any kind on or in connection with Lumintop's goods, including but not limited to the Lumintop Bunny that dilutes or is likely to dilute the distinctiveness of the Energizer Bunny Mark; and

    e. passing off, palming off, or assisting in passing off or palming off of Lumintop's goods as those of Energizer, or otherwise continuing any and all acts of unfair competition as alleged in the Complaint; and

    f. filing any federal trademark application for the Lumintop Bunny or any designation likely to cause confusion or to dilute the Energizer Bunny Mark.

3. The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein;

4. As Plaintiff is the prevailing party in this action, Defendant Lumintop must pay Plaintiff its taxable costs in the amount of $400 for the filing fee incurred by Plaintiff in connection with initiating this action, pursuant to 28 U.S.C. § 1920, and Plaintiff shall file an appropriate Bill of Costs under Local Rule 54-2 within 14 days following entry of this judgment; and

5. Defendants must pay Plaintiff its reasonable attorneys' fees incurred in this action, subject to the review of this Court, and if the Court deems necessary a hearing. The Court will enter a separate Judgment setting forth the specific amount of attorneys' fees.

Dated: December 10, 2019  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE